# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 07-2640

———————

United States of America,

        Appellee,

v.

Gregory C. Wright,

        Appellant.

Appeal from the United States
District Court for the
Western District of Missouri.

[UNPUBLISHED]

———————

Submitted: May 2, 2008
Filed: May 7, 2008

———————

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Gregory Wright (Wright) appeals the 235-month prison sentence the district court[1] imposed after Wright pled guilty to possessing a firearm following convictions for three violent felonies, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). Wright's counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the reasonableness of the sentence.

———————

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

Wright pled guilty pursuant to a plea agreement containing a waiver of any right to appeal unless his sentence exceeded the statutory maximum or was an illegal sentence. We now enforce the appeal waiver because the record establishes Wright knowingly and voluntarily entered into the plea agreement and appeal waiver; the appeal falls within the scope of the waiver; and no injustice would result from enforcing the waiver. See United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (discussing enforceability of appeal waiver); United States v. Estrada-Bahena, 201 F.3d 1070, 1071 (8th Cir. 2000) (per curiam) (enforcing appeal waiver in Anders case).

Having reviewed the record independently under Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues for appeal beyond the scope of the waiver. Therefore, we affirm Wright's sentence, dismiss the appeal, and grant counsel's motion to withdraw.

_____